# United States Court of Appeals
# for the Fifth Circuit

-------

No. 23-30573

-------

United States of America,

*Plaintiff—Appellee*,

*versus*

Johnson Moore,

*Defendant—Appellant.*

---

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 2:20-CR-137-4

---

To: Ms. Elizabeth Cary Dougherty,

### NOTICE AND ORDER TO SHOW CAUSE

Under 5th Cir. R. R. 42.3.1.1, this case may be dismissed 15 days from the date of this order for your failure to make financial arrangements with the court reporter under Fed. R. App. P. 10(b)(4). You are also directed to show cause in writing within 15 days why we should not impose disciplinary action against you for failing to fulfill your responsibility to make financial arrangements with the court reporter. If you remedy the default, the appeal will **not** be dismissed but the clerk **may** refer the matter to the court for disciplinary action. However, if "…the default is not remedied …

the clerk **may** enter an order dismissing the appeal for want of prosecution .... The clerk **shall** refer to the court the matter of disciplinary action against the attorney." (emphasis added)

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

*Allison Lopez*

By: _____
Allison G. Lopez, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

cc:   Ms. Camille Ann Domingue
      Ms. Deidre D. Juranka